JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 365 -- IN RE OKLAHOMA INSURANCE HOLDING COMPANY ACT LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 10/16/78 | 1 | MOTION/BRIEF/SCHEDULE/Exhibits A,B,C,C-1,C-2,C-3,D,E-1,E-2 w/cert. of service -- Defendants United Founders Life Insurance Co., United Founders Life Insurance Co. of Illinois, Bernard G. Ille, Dr. Guy Bellamy, Russell E. Caston, Jr., Ed Dudley, Joe F. Matthias, Ray M. Swisher and Robert M. Benson  Suggested Transferee District: W.D. Oklahoma  (rew) |
| 10/27/78 | | APPEARANCES -- P.M. Williams for Louis J. Roussel, American Life Insurance Co.  William J. Nellis for Frank E. Fitzsimmons, et al. all plaintiffs in C.A. No. 76-C-2950  Jack R. Lawrence for United Founders Life Insurance Co., United Founders Life Insurance Co. of Illinois, The Reis Corp., Bernard G. Ille, Dr. Guy Bellamy, Russell E. Caston, Jr., Ed Dudley, Joe F. Gary, Jack T. Massey, Russell H. Matthias, Ray M. Swisher, Robert M. Benson  Kenneth N. McKinney for Gerald Barton  Edmon L. Rinehart for Albert J. Winfeld   (emh) |
| 10/30/78 | 2 | RESPONSE/BRIEF -- Roussel and American Life Insurance Co. - with cert. of svc.   (emh) |
| 10/30/78 | 3 | RESPONSE -- Boren, Grimes, Hain -- w/cert. of svc. (emh) |
| 10/30/78 | | APPEARANCE -- Philip Warren Redwine for Philip Warren Redwine  Michael Paul Kirschner for First Nat'l Bank & Trust Co. of Oklahoma City   (emh) |
| 10/31/78 | | EXTENSION OF TIME -- Defendant Gerald Barton -- to and including 11/27/78   (emh) |
| 11/1/78 | 4 | RESPONSE/BRIEF w/Exhibit A -- Frank E. Fitzsimmons, et al. -- w/cert. of service   (cds) |
| 11/3/78 | 5 | REPLY BRIEF -- Movant w/cert. of svc. (ea) |
| 11/7/78 | | APPEARANCE -- Charles M. Lanier, Esq. for LARRY DERRYBERRY |
| 11/9/78 | | HEARING ORDER -- Setting A-1 through A-4 for hearing December 8, 1978 in New York, New York   (rew) |
| 11/13/78 | | CORRECTION NOTICE -- American Benefit Life Insurance Co. & Roussel for Response No. 2 -- w/cert. of svc. (emh) |
| 11/27/78 | 6 | RESPONSE/BRIEF -- Defendant Gerald Barton-- with cert. of service   (emh) |
| 12/4/78 | | HEARING APPEARANCE: WILLIAM J. NELLIS, ESQ. for Trustees of Central States, Southeast and Southwest Areas Pension Fund   (cs) |
| 12/4/78 | | WAIVER OF ORAL ARGUMENT: Defendants Derryberry and Grimes |

JPML FORM 1A - Continuation                                    DOCKET ENTRIES -- p._____

DOCKET NO. ____ -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 12/18/78 | 7 | LETTER (dtd. 12/15/78) -- Jack R. Lawrence for movants -- w/Plaintiffs Supplemental Memorandum filed in N.D.Ill., C.A.No. 76 C 2950 -- w/Exhibit & w/cert. of svc. (emh) |
| 2/6/79 |  | OPINION AND ORDER -- DENYING transfer of litigation (A-1 thru A-4 and B-5). Notified involved counsel, judges and clerks. Denied for Section 1407 transfer. (ea) |

JPML Form 1

Revised: 8/78

DOCKET NO. 365 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE OKLAHOMA INSURANCE HOLDING COMPANY ACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| Dec. 8, 1978 | 2/6/79 | O&O (denying transfer) | 464 F.Supp. 961 | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 365 -- IN RE OKLAHOMA INSURANCE HOLDING COMPANY ACT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | American Benefit Life Insurance Co., et al. v. Bernard G. Ille, et al. | W.D. Okla. Daugherty | 78-0147-E | | | | Denied 2/6/79 |
| A-2 | Louis J. Roussel, et al. v. David Boren, et al. | E.D. La. Schwartz | 78-2345 Sec. A | | 10/20/78 | | E/La. 2/6/79 |
| A-3 | Louis J. Roussel, et al. v. United Founders Life Insurance Co., et al. | E.D.La. Schwartz | 78-3217 Sec. E | | | | 2/6/79 |
| A-4 | Frank E. Fitzsimmons, et al. v. United Founders Life Insurance Co. | N.D.Ill. Bua | 78C2950 | | | | 2/6/79 |
| B-5 | American Benefit Life Insurance Co. v. The First National Bank & Trust Co. | W.D.Okla Daugherty | 78-0048-D | | | | 2/6/79 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 365 -- In re Oklahoma Insurance Holding Company Act Litigation

---

AMERICAN BENEFIT LIFE INSURANCE
  CO. (A-1) (B-5)
LOUIS J. ROUSSEL (A-2) (A-3)
P. M. Williams, Esquire
1023 Fidelity Plaza
Oklahoma City, Oklahoma   73102

FRANK E. FITZSIMMONS, ET AL. (A-4)
William J. Nellis, Esquire
Coghlan, Joyce and Nellis
Suite 4000
One North LaSalle St.
Chicago, Illinois   60602

UNITED FOUNDERS LIFE INURANCE COMPANY
UNITED FOUNDERS LIFE INSURANCE COMPANY
  OF ILLINOIS
THE REIS CORPORATION
BERNARD G. ILLE
DR. GUY BELLAMY
RUSSELL E. CASTON, JR.
ED DUDLEY
JOE F. GARY
JACK T. MASSEY
RUSSELL H. MATTHIAS
RAY M. SWISHER
ROBERT M. BENSON
Jack R. Lawrence, Esquire
Lawrence & Smith
550 United Founders Life Tower
5900 Mosteller Drive
Oklahoma City, Oklahoma   73112

GERALD BARTON
Kenneth N. McKinney, Esquire
McKinney, Stringer & Webster
Ninth Floor, City Center Building
Main and Broadway
Oklahoma City, Oklahoma   73102

ALBERT J. WINFIELD
Edmond L. Rinehart, Esquire
Patterson & Rinehart
725 Bell Building
Montgomery, Alabama   36104

PHILIP W. REDWINE
Philip W. Redwine, Esquire
Suite 410
Security Bank Building
Norman, Oklahoma   73069

THE FIRST NATIONAL BANK AND TRUST CO.
  OF OKLAHOMA CITY
Michael Paul Kirschner, Esquire
Hastie &
880-C, First National Center
Oklahoma City, Oklahoma   73102

DAVID L. BOREN, Govenor of the State
  of Oklahoma
GERALD GRIMES, Insurance Commissioner
  of the State of Oklahoma
MARK H. HAIN, General Counsel to the
  Insurance Commissioner of the State
  of Oklahoma
Mark H. Hain, Esquire
403 Will Rogers Building
Oklahoma City, Oklahoma   73105

LARRY DERRYBERRY
Charles M. Lanier, Esquire
Phelps, Dunbar, Marks, Claverie & Sims
Hibernia Bank Building
New Orleans, Louisiana   70112

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 365 -- IN RE OKLAHOMA INSURANCE HOLDING COMPANY ACT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bernard G. Ille ⌵ | A-1 B-5 |
| Dr. Guy Bellamy ⌵ | A-1 B-5 |
| Russell E. Caston, Jr. ⌵ | A-1 B-5 |
| Ed. Dudley ⌵ | A-1 B-5 |
| Joe F. Gary ⌵ | A-1 B-5 |
| Jack T. Massey ⌵ | A-1 B-5 |
| Russell H. Matthias ⌵ | A-1 B-5 |
| Ray M. Swisher ⌵ | A-1 B-5 |
| Robert M. Benson ⌵ | A-1 B-5 |
| David Boren ⌵ | A-2 A-3 A-4 |
| Robert Gerald Grimes ⌵ | A-2 A-3 A-4 B-5 |

| | |
|---|---|
| Mark H. Hain ✓ | A-2   A-3   A-4 |
| Albert J. Winfield ✓ | A-2   A-3   A-4 |
| Philip W. Redwine ✓ | A-3   A-4   B-5 |
| Larry Derryberry ✓ | A-3   A-4   B-5 |
| United Founders Life Ins. Co. | B-5 |
| United Founders Life Ins. Co. of Illinois ✓ | B-5 |
| Northwest Investors Ltd. ✓ | B-5 |
| Ronald Burk Investment Inc. ✓ | B-5 |
| Reis Corp. *United Founders Life* | A-4 |
| Gerald Barton ✓ | A-4 |
| | |